# ALABAMA COURT OF CRIMINAL APPEALS



November 22, 2024

**CR-2022-1267**

G.J.C., Jr. v. State of Alabama (Appeal from Talladega Circuit Court: CC-21-285)

## <u>NOTICE</u>

You are hereby notified that on November 22, 2024, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk